In the Matter of JOSEPH V. DeMASI, an attorney at law.

Argued June 26, 1950.

For the rule: *Mr. Louis Santorf.*

For the respondent: *Mr. Fred E. Shepard.*

Public reprimand administered, June 27, 1950.